IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY CORNELL GRAY,
    Plaintiff,

v.                                                Case No. 3:08cv413/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____

## O R D E R

This matter is before the court on Defendant's Motion for More Definite Statement (Doc. 7). Defendant seeks an order requiring Plaintiff to disclose his social security number and telephone number (*id.* at 1). Defendant states that the Social Security Administration needs this information in order to properly proceed with this case (*id.*). For the reasons set forth in Defendant's motion, the court will grant the motion. Plaintiff is advised that he should provide this information directly to Roy F. Blondeau, counsel for Defendant.[1] Plaintiff shall file a notice with the court indicating that he has complied with the court's order.

Accordingly, it is **ORDERED**:

1.    Defendant's Motion for More Definite Statement (Doc. 7) is **GRANTED**.

2.    On or before **MONDAY, NOVEMBER 10, 2008**, Plaintiff shall provide his social security number and telephone number to counsel for Defendant, and Plaintiff shall file a notice with the court indicating that he has complied with this order and indicating the method of delivery.

---

[1] Defendant may provide the information using one of the following methods: 1) by mailing the information to Attorney Blondeau c/o The United States Attorney's Office, 111 N. Adams Street, Fourth Floor, Tallahassee, Florida; by calling Attorney Bloundeau at (850) 942-8448; or, by e-mailing Attorney Blondeau at roy.blondeau@usdoj.gov. Regardless of the delivery method selected by Plaintiff, the information must be <u>received</u> by Attorney Blondeau <u>no later than November 10, 2008</u>.

3. Failure to comply with this order may result in a dismissal of this action.

4. The time for filing an answer to Plaintiff's complaint shall not commence until Defendant has received Plaintiff's social security number and telephone number.

**DONE AND ORDERED** this 22nd day of October 2008.

          */s/ Elizabeth M. Timothy*
          **ELIZABETH M. TIMOTHY**
          **UNITED STATES MAGISTRATE JUDGE**