IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY CORNELL GRAY,
    Plaintiff,

v.                                            Case No.: 3:08cv413/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This action was initiated under the Social Security Act to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying Plaintiff's claim for benefits. The case was subsequently remanded to the Commissioner upon his own motion (Docs. 15, 20, 22). Upon remand, the Commissioner entered a decision fully favorable to Plaintiff. The Commissioner has now moved that final judgment be entered in Plaintiff's favor, pursuant to Rule 58 of the Federal Rules of Civil Procedure (*see* Doc. 42).[1] In light of the decision that has been entered in Plaintiff's favor, the undersigned recommends that the Commissioner's motion be granted.

Accordingly, it is respectfully **RECOMMENDED** that:

1.    The Commissioner's Amended Motion for Final Judgment (Doc. 42) be **GRANTED**.

---

[1] As required by N.D. Fla. Loc. R. 7.1(B), the Commissioner conferred with Plaintiff, who proceeds pro se, prior to filing this motion. Plaintiff informed the Commissioner that he objected to the motion (*see* Doc. 42 at 1). In the response to the Commissioner's motion filed at the court's direction, however, Plaintiff indicates that he has no objection to entry of judgment in his favor at this time (*see* Docs. 43, 44).

2. The clerk be directed to enter final judgment in Plaintiff's favor.

3. The clerk be directed to close this file.

At Pensacola, Florida, this 11th day of April 2011.

/s/ *Elizabeth M.. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed recommendations must be filed within fourteen (14) days after being served a copy hereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**