IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY CORNELL GRAY,
    Plaintiff,

v.                                        Case No. 3:08cv413/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 11, 2011 (Doc. 45). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Commissioner's Amended Motion for Final Judgment (Doc. 42) is **GRANTED**.

3. The clerk is directed to enter final judgment in Plaintiff's favor.

4. The clerk is directed to close this file.

**DONE AND ORDERED** this 11th day of May, 2011.

                                          s/*L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**